## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | | |
|---|---|---|
| JARRED L. PRICE | § § § | |
| **Plaintiff** | § § | |
| VS. | § § | CIVIL ACTION NO. <u>1:15-cv-00077-P-BL</u> |
| | § § | |
| PHENIX TRANSPORTATION, INC. et al | § § | |
| **Defendants** | § § | |

## <u>STIPULATION OF DISMISSAL</u>

**TO THE HONORABLE COURT:**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(2), Now comes the Plaintiff by and through his attorney of record and respectfully files this voluntary dismissal and respectfully shows the Court the following:

I.

This stipulation of dismissal is signed by counsel for the two Defendants who have appeared in this cause.

II.

Plaintiff has not previously dismissed any Federal-State-Court Action based on or including the same claim.

III.

The parties intend that this voluntary dismissal be without prejudice.

Filed this 15th day of August, 2016.

1

Approved as to form:

Bob Hanna
HANNA LAW FIRM
Texas Bar No. 08918000
302 Chestnut St.
Abilene, TX 79602
bob@hannalawfirm.com
Tel. (325) 673 3792
Fax. (325) 677 1656
Attorney for Plaintiff

Frank Cawley
WHITEHURST & CAWLEY, L.L.P.
4560 Belt Line Road, Ste 200
Addison, Texas 75001
fcawley@whitehurstlaw.com
Tel. (972) 503-5455
Fax  (972) 503-6155
Attorney for Defendants

2